IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CHASE ALLEN,** <br><br> Defendant. | **CR NO. 21-MJ-482** |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, September 7, 2021, in the above-captioned matter, for approximately 60 days, until Tuesday, November 9, 2021. Defense counsel concurs in this motion.

The parties request that the Court exclude the time until the status conference on November 9, 2021, pursuant to Chief Judge Howell's Standing Order 21-47 dated August 25, 2021, and 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

Date: September 7, 2021					By:   */s/ Jennifer Leigh Blackwell*
							Jennifer Leigh Blackwell
							Assistant United States Attorney
							D.C. Bar No. 481097
							United States Attorney's Office
							555 Fourth Street, N.W.
							Washington, D.C.  20530
							Telephone: (202) 803-1590
							Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

      On this 7th day of September, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                              */s/ Jennifer L. Blackwell*
                          Jennifer Leigh Blackwell
                          Assistant United States Attorney
                          Jennifer Leigh Blackwell
                          Assistant United States Attorney
                          D.C. Bar No. 481097
                          555 4th Street, N.W.
                          Washington, D.C.  20530
                          Phone: (202) 803-1590
                          Jennifer.blackwell3@usdoj.gov