UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>v.   )   DOCKET NO.: 21-mj-00482-RMM<br>   )<br>CHASE KEVIN ALLEN   )<br>   ) | |

### NOTICE OF APPEARANCE

Assistant Federal Defender Forest O'Neill-Greenberg hereby enters her appearance on behalf of Chase Kevin Allen the Defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg
Assistant Federal Public Defender
BBO # 674760
Federal Defender Office
51 Sleeper St., 5th Floor
Boston, MA  02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 7, 2022.

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg