IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHASE ALLEN,<br><br>Defendant. | CR NO. 21-MJ-482 |

### ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the currently scheduled status hearing on July 12, 2022, be continued for good cause to September 13, 2022, at 1:00 p.m.; and it is further

**ORDERED** that the time between July 12, 2022, and September 13, 2022, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and the parties additional time to review discovery.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE